# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACKSON HASZ, ) | CASE NO. 8:25-cv-398 |
| ) | |
| Plaintiff, ) | |
| v. ) | **ENTRY OF APPEARANCE** |
| ) | |
| NATIONAL COLLEGIATE ) | |
| ATHLETIC ASSOCIATION, ) | |
| ) | |
| Defendant. ) | |

Matthew G. Munro of McGrath North Mullin & Kratz, PC LLO, First National Tower, Suite 3700, 1601 Dodge Street, Omaha, NE 68102, (402) 341-3070, and an attorney admitted to practice in this Court, enters his appearance as counsel of record on behalf of Defendant National Collegiate Athletic Association.

Dated this 27th day of June, 2025.

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, Defendant

By: */s/ Matthew G. Munro*
James G. Powers (NE #17780)
Patrick E. Brookhouser, Jr. (NE #19245)
Matthew G. Munro (NE #26190)
McGrath North Mullin & Kratz, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, Nebraska 68102
(402) 341-3070
(402) 341-0216 fax
jpowers@mcgrathnorth.com
pbrookhouser@mcgrathnorth.com
mmunro@mcgrathnorth.com

*Attorneys for Defendant National Collegiate Athletics Association*

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 27th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notifications of such filing to all counsel and parties of record.

/s/Matthew G. Munro