IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JACKSON HASZ, | ) | CASE NO. 8:25-cv-398 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PLAINTIFF'S NOTICE OF** |
| | ) | **VOLUNTARY DISMISSAL** |
| NATIONAL COLLEGIATE | ) | |
| ATHLETIC ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff Jackson Hasz and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby voluntarily dismisses the above-entitled action without prejudice.

DATED this 5th of December, 2025.

JACKSON HASZ, Plaintiff

BY: /s/ Robert W. Futhey
Robert W. Futhey, #24620
GUINAN O'SIOCHAIN LAW GROUP
1010 N. 102nd St., Ste. 203
Omaha, NE 68114
(402) 783-6777
rfuthey@golegalne.com
ATTORNEY FOR PLAINTIFF

4918-5044-7999, v. 1