IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JACKSON HASZ,<br><br>              Plaintiff,<br><br>   vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>              Defendant. | **8:25CV398**<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the plaintiff's Notice of Voluntary Dismissal (Filing No. 34). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed without prejudice.

Dated this 10th day of December, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge